IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AMOS L. BLALOCK, JR.,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:12-CV-1 (HL) |
| : | |
| : | |
| **Nurse NACY SUDDON, et al,** : | |
| : | |
| **Defendants** : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc.5 ) filed January 13, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed withing the time allowed.

**SO ORDERED,** this the 7th day of February, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**